IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 06-00140-01-CR-W-HFS |
| CHRISTOPHER BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on April 11, 2007. Defendant Christopher Brown appeared in person and with Assistant Federal Public Defender Robert Kuchar. The United States of America appeared by Assistant United States Attorney Paul Becker.

*I.*  *BACKGROUND*

On April 19, 2006, an indictment was returned charging defendant with possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Becker announced that David Barnes will be the trial counsel for the government. The case agent to be seated at counsel table is Detective Christopher Gilio, Kansas City Police Department.

Mr. Kuchar announced that he will be the trial counsel for defendant Christopher Brown. Gina Slack, investigator, and John Sternberg, intern with the Federal Public Defender's Office, will also be seated at counsel table.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Mr. Becker announced that the government intends to call eight witnesses without stipulations or six witnesses with stipulations during the trial.

Mr. Kuchar announced that defendant Christopher Brown intends to call five witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Mr. Becker announced that the government will offer approximately twenty exhibits in evidence during the trial.

Mr. Kuchar announced that defendant Christopher Brown will not offer any exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Kuchar announced that defendant Christopher Brown will rely on the defense of general denial.

## VII. POSSIBLE DISPOSITION

Mr. Kuchar stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to the prior felony conviction and interstate nexus of the firearm.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 1 ½ to 2 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed January 26, 2007, counsel for each party file and serve a **list of exhibits** he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by **April 11, 2007**;

That counsel for each party file and serve requested jury **voir dire** examination questions by or before noon, Wednesday, **April 18, 2007**;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested **jury instructions** by or before noon, Wednesday, **April 18, 2007.** Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

No motions in limine are anticipated. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on April 23, 2007.

        /s/ Robert E. Larsen
        ROBERT E. LARSEN
        United States Magistrate Judge

Kansas City, Missouri
April 11, 2007

cc:    The Honorable Howard Sachs
      Mr. Paul Becker
      Mr. David Barnes
      Mr. Robert Kuchar
      Mr. Jeff Burkholder

4

Case 4:06-cr-00140-NKL   Document 24   Filed 04/11/07   Page 4 of 4